UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RICHARD NATOFSKY,

                                                  Plaintiff,

               -against-

THE CITY OF NEW YORK, SUSAN POGODA,
SHAHEEN ULON, MARK PETERS, and JOHN and
JANE DOE (said names being fictitious, the persons
intended being those who aided and abetted the unlawful
conduct of the named Defendants),

                                                 Defendants.

------------------------------------------------------------------- x

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

14 Civ. 5498 (NRB)

        **PLEASE TAKE NOTICE** that, upon Defendants' Local 56.1 Statement of Undisputed Material Facts, dated September 2, 2016, the Declaration of Maxwell D. Leighton, dated September 2, 2016, and the exhibits annexed thereto, Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated September 2, 2016, and upon all prior pleadings and proceedings heretofore had herein, defendants will move this Court, before the Honorable Naomi R. Buchwald, United States District Judge, Southern District of New York, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of defendants on the grounds that there is no genuine issue of material fact to try, entering judgment for defendants, and granting defendants costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to the briefing schedule set by the Court, by Order dated August 3, 2016, opposition papers, if any, are to be served on or before October 10, 2016. Reply papers, if any, are to be served on or before October 24, 2016.

Dated:   New York, New York
         September 2, 2016

>                            ZACHARY W. CARTER
>                            Corporation Counsel of the
>                             City of New York
>                            Attorney for Defendants
>                            100 Church Street, Room 2-149
>                            New York, New York 10007-2601
>                            (212) 356-2472
>                            mleighto@law.nyc.gov
>
> By:  _____
>                            Maxwell D. Leighton
>                            Assistant Corporation Counsel

To:  **MADUEGBUNA COOPER, LLP**
     30 Wall Street, 8th Floor
     New York, New York 10005
     Attn: Samuel O. Maduegbuna (By ECF)

14 Civ. 5498 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD NATOFSKY,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, SUSAN POGODA, SHAHEEN ULON, MARK PETERS, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                                  Defendants.

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-149
New York, N.Y. 10007-2601

Of Counsel: Maxwell D. Leighton
Tel: (212) 356-2472
mleighto@law.nyc.gov

Our No. 2014-027106

*Due and timely service is hereby admitted.*

New York, N.Y.  ................................................., 2016

Signed: ........................................................................

Attorney for........................................................................