UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD NATOFSKY,                                                    No.: 14-cv-5498(NRB)

                Plaintiff,

     -against-

THE CITY OF NEW YORK, SUSAN POGODA,
SHAHEEN ULON, MARK PETERS, JOHN and JANE DOE            **NOTICE OF APPEAL**
(said names being fictitious, the persons intended being those
who aided and abetted the unlawful conduct of the named
defendants),

                Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that RICHARD NATOFSKY, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Memorandum and Order entered in the United States District Court for the Southern District of New York (Hon. Naomi Reice Buchwald, U.S.D.J.), on August 8, 2017 (Dkt. # 58, attached hereto as Exhibit A) and the final judgment (Dkt. # 59, attached hereto as Exhibit B) entered on August 8, 2017.

Dated: New York, New York
       September 1, 2017

By:   SAMUEL O. MADUEGBUNA (SM6084)
       MADUEGBUNA COOPER LLP
       Attorneys for Plaintiff-Appellant
       RICHARD NATOFSKY
       30 Wall Street, 8th Floor
       New York, New York 10005
       (212) 232-0155
       sam.m@mcande.com

TO: ZACHARY CARTER
Corporation Counsel of the City of New York
Attorney for Defendants CITY OF NEW YORK
100 Church Street, Room 2-149
New York, New York 10007-2601
(212) 356-2345
mleighto@law.nyc.gov

Attention: Maxwell Leighton, Esq.
Assistant Corporation Counsel

## DECLARATION OF SERVICE

I am the attorney for Plaintiff-Appellant Richard Natofsky.

I certify that on September 1, 2017, I caused the foregoing NOTICE OF APPEAL to be served on the following counsel of record by First Class Mail and via ECF to:

ZACHARY CARTER
Corporation Counsel of the City of New York
Attorney for Defendants CITY OF NEW YORK
100 Church Street, Room 2-149
New York, New York 10007-2601
(212) 356-2345
mleighto@law.nyc.gov

    Attention:    Maxwell Leighton, Esq.
                        Assistant Corporation Counsel

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed: New York, New York
             September 1, 2017

SAMUEL O. MADUEGBUNA