**MADUEGBUNA COOPER LLP**
**30 Wall Street, 8th Floor, New York, New York 10005**
**(212) 232 - 0155**

# EXHIBIT B

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 8/8/17 |

-----------------------------------------------------------X
RICHARD NATOFSKY,

                      Plaintiff,

    -against-

THE CITY OF NEW YORK, SUSAN POGODA,
SHAHEEN ULON, MARK PETERS, and JOHN
AND JANE DOE,

                      Defendants.
-----------------------------------------------------------X

14 CIVIL 5498 (NRB)

**JUDGMENT**

        Defendants having moved for summary judgment on all of Plaintiff's claims, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 8, 2017, having rendered its Memorandum and Order granting Defendants' motion for summary judgment as to the Rehabilitation Act claims in full and the Court dismisses the NYHRL and NYCHRL claims without prejudice to their re-filing in state court, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 8, 2017, Defendants' motion for summary judgment as to the Rehabilitation Act claims is granted in full and the NYHRL and NYCHRL claims are dismissed without prejudice to their re-filing in state court.

**Dated:** New York, New York
         August 8, 2017

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                    BY:          _/s/ K. Mango_

                                                             **Deputy Clerk**